# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.M., by and through her Guardian Ad Litem, ROBIN FUJITA MELCHIOR,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; and CINDY MARTEN, in her official capacity as Superintendent of San Diego Unified School District,<br><br>Defendants. | Case No.: 20cv369-MMA (AGS)<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>[Doc. No. 2] |

Upon consideration of Minor Plaintiff R.M.'s Petition for Appointment of Guardian Ad Litem, filed concurrently with the Complaint in this action, and for good cause shown, the Court **GRANTS** the motion and **APPOINTS** Robin Fujita Melchior Guardian Ad Litem for Minor Plaintiff R.M. in this action.

**IT IS SO ORDERED.**

Dated: March 2, 2020

HON. MICHAEL M. ANELLO
United States District Judge