# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE ANDREW G. SCHOPLER TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |
|---|---|

The following cases are transferred from Magistrate Judge Andrew G. Schopler to Magistrate Judge Daniel E. Butcher. All conferences or hearings previously set before Judge Schopler will remain **as scheduled** and will be held before Judge Butcher. All dates set before any District Judge remain unchanged.

| Case Number | Case Name |
|---|---|
| 3:20-cv-0369-MMA | R.M. v. San Diego Unified |
| 3:20-cv-0607-LAB | Fortis Advisors LLC v. Fishawack Med. |
| 3:20-cv-0595-GPC | Colorscience, Inc. v. Bouche |
| 3:20-cv-0426-JLS | Maclean v. Collection Bureau of Am. |
| 3:20-cv-0248-H | Cullen v. Western Dental Servs. |
| 3:20-cv-0234-GPC | Pacific Resources v. Suzy Cleaners |
| 3:20-cv-0721-WQH | Campuzano v. Comm'r of Soc. Sec. |
| 3:19-cv-0378-GPC | Greer v. County of San Diego |

Dated: May 28, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge

1